EOD OCT 02 '01

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT - 1 2001

DAVID J. MALAND, CLERK
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SULZER TEXTIL A.G. and | § | |
| SULZER TEXTILE, INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:00cv279 |
| | § | |
| PICANOL, N.V. | § | |

### FINAL JUDGMENT

This action came on for trial before the Court and a jury, and the issues having been duly tried and the jury having duly rendered its verdict,

It is Ordered and Adjudged that the plaintiff take nothing, and that the action be dismissed on the merits.

SIGNED this _1st_ day of October, 2001.

HARRY W. McKEE
UNITED STATES MAGISTRATE JUDGE